U.S. Department of Justice

United States Attorney
Southern District of New York

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

*86 Chambers Street*
*New York, New York 10007*

July 18, 2008

**BY FACSIMILE**[*]
The Honorable Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street, Room 533
White Plains, New York 10601
Facsimile No. (914) 390-4152

# MEMO ENDORSED

Re: **Richard Biaggi, et al. v. Comm'r**
08 Civ. 1010 (KMK) (GAY)

Dear Judge Karas:

    I am the Assistant United States Attorney representing the defendant (the "Government") in the above-referenced tax refund action brought by plaintiffs Richard Biaggi and Toni Biaggi ("Plaintiffs"). I write to respectfully request that the Court extend the deadline for the Government to respond to the complaint in this action by 30 days, from July 21, 2008, until August 20, 2008.

    This extension is needed so that the parties may explore the possibility of an amicable resolution of this action, and so that the Internal Revenue Service ("IRS") may obtain material records from its files. The Government has asked Plaintiffs for clarification regarding the tax periods and payments at issue in this proceeding. In response, Plaintiffs are providing additional information regarding their claims. The requested extension is needed for the IRS to locate the appropriate files and to give the parties an opportunity to attempt to resolve this matter without further litigation, if possible. Plaintiffs consent to this request, which is the Government's first request for an extension in this matter.

---

[*] Eric provided permission to send this letter by facsimile.

Thank you for your consideration of this request.

                        Respectfully submitted,

                        MICHAEL J. GARCIA
                        United States Attorney

                 By: _____
                        BRIAN M. FELDMAN
                        Assistant United States Attorney
                        Telephone No. (212) 637-2777
                        Facsimile No. (212) 637-2717
                        Brian.Feldman@usdoj.gov

cc: **BY FIRST CLASS MAIL**
    **AND BY FACSIMILE**
    Richard Biaggi, Esq.
    Toni Biaggi
    1039 Peace Street
    Pelham Manor, New York 10803
    Facsimile No. (212) 679-1099

*Granted.*

SO ORDERED
_____
KENNETH M. KARAS, U.S.D.J.
7/18/08

-2-